### CHARLOTTE BUTLER *vs.* SAMUEL C. SHAPLEIGH.

If a plaintiff on different days brings two actions before the same police court against the same defendant, returnable on different days, upon demands which might have been joined in one suit, and the defendant be defaulted in both, costs may be taxed in each action, as the Rev. Sts. *c.* 121, § 15, does not apply to such a case.

MOTION to disallow the plaintiff any costs, founded upon the following state of facts.   The same plaintiff on the 2d of March, 1850, commenced another action against the same defendant to recover an account, returnable before the police court of Lowell, on the 25th of the same month.   The present action, commenced March 19, 1850, was also on an account, consisting of several items, all of which were due when the first action was instituted.   Both were duly entered, and in both, judgment was duly rendered against the defendant, and he appealed to the court of common pleas.   In that court he was duly defaulted in both actions, and in the former action judgment for damages and costs had been rendered.   *Mellen,* J. overruled the motion to disallow costs, and rendered judgment for damages and costs in this action also.   The defendant appealed to this court.

*R. B. Caverly,* for the defendant.

*B. F. Butler,* for the plaintiff. '

BY THE COURT.   The plaintiff is entitled to tax his costs in both actions.   They were instituted at different times, and returnable at different periods for trial, and so not within the provisions of Rev. Sts. *c.* 121, § 15.   The defendant was defaulted in both cases, and no question arises as to the right of the plaintiff to sever his claims, and maintain both actions. The only question is that of costs in both actions, and the ruling of the court of common pleas, allowing such costs, was correct.                    *Costs allowed.*